IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. G-04-19 |
| § | |
| RAYMOND DWAYNE GOFFNEY § | |
| a/k/a " Lil Pop" § | |
| and FREDERICK LLOYD SIMMONS § | |

## OPINION AND ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge which recommends that the Motions to Suppress Evidence of Defendants Raymond Dwayne Goffney and Frederick Lloyd Simmons, be denied; no timely objections have been filed by either Defendant.

Despite the absence of objections, this Court has given this matter *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(C), and finds that the Report and Recommendation is a well reasoned and correct application of Fourth Amendment law to the facts in this case and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is the **ORDER** of this Court that the Motions to Suppress of Defendants Raymond Dwayne Goffney and Frederick Lloyd Simmons (Instrument nos. 39 and 40) are **DENIED**.

**DONE** at Galveston, Texas this 2nd day of June, 2005.

Samuel B. Kent
United States District Judge